UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE | |
| | Case No. 20-31516 |
| MELISSA ANN DAVIS | |
|     Debtor | |

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Glenda Sanders, the current landlord in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Sabrina L. McKinney, Trustee
P.O. Box 173
Montgomery, AL 36101

/s/ Larry Darby
Larry E. Darby